# Court of Appeals
# of the State of Georgia

ATLANTA, _September 21, 2012_

*The Court of Appeals hereby passes the following order:*

**A13D0038. ANNA MARIE DILLARD v. LORI BENNETT.**

Lori Bennett sued Omni Builders Risk, Inc. and James Dillard for breach of contract and fraudulent inducement.[1]  After Bennett voluntarily dismissed the fraudulent inducement claim, Dillard filed a motion for OCGA § 9-15-14 attorney fees.  On August 2, 2012, the trial court entered an order denying the claim for attorney fees.  The same day, the trial court entered final judgment.  Bennett filed a direct appeal from the final order, and Dillard has filed this application for discretionary appeal from the trial court's denial of OCGA § 9-15-14 attorney fees.[2]

Although an application for discretionary appeal is ordinarily required to appeal a trial court's ruling on OCGA § 9-15-14 attorney fees, no such application is needed when a direct appeal is pending in the underlying judgment.  See *Haggard v. Board of Regents of University System of Georgia*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).  Thus, because a direct appeal is pending in the underlying case, no application is required.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal.  As it does not appear that Dillard has filed a notice

---

[1] James Dillard died, and Anna Marie Dillard, the executrix of his estate, was substituted as a party.

[2] Bennett's direct appeal has not yet been docketed in this Court, but Dillard has included a date-stamped copy of the notice of appeal showing that a timely notice of appeal has been filed.

of appeal, this application is hereby GRANTED.  Dillard shall have ten days from the date of this order to file a notice of appeal with the trial court.  The trial court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/21/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*